Case 2:13-cv-01073-SRC-CLW Document 7 Filed 05/10/13 Page 1 of 4 PageID: 197

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

RAMADA WORLDWIDE INC., a Delaware Corporation,

    Plaintiff,

v.

MEETA SHETH, an individual; and GHANSHYAM PATEL, an individual,

    Defendants.

Civil Action No. 13-cv-1073 (SRC)(CLW)

**SUMMONS**

To the above named Defendant: **MEETA SHETH** a.k.a. Meetaben N Sheth
2793 Enclave Bay Dr. ~~1611 Ashley Mill Drive~~ a.k.a. Nick Sheth
Chattanooga, Tennessee 37415

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon, plaintiff's attorney, whose address is:

**CLYDE & CO US LLP**
**200 Campus Drive**
**Suite 300**
**Florham Park, NJ 07932**

an answer to the complaint which is herewith served upon you, within 21 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

_____    _____
Clerk                               Date

_____
By Deputy Clerk

1039988v1

## RETURN OF SERVICE

Service of the Summons and Complaint was made by me[1]  Date 6/7/13

Name of Server: DENIS BAKKOM  Title: PROCESS SERVER

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: 2793 Enclave Bay Dr.
Chattanooga TN 37415

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

MAUNICK Sheth

☐ Returned unexecuted: _____

☐ Other (Specify): _____

### STATEMENT OF SERVICE FEES

| Travel | Services | Total |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 6/7/13
Date

_Dani Bakk_
Signature of Server

P.O. Box 17446, Chattanooga, TN 37415
Address of Server

---

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.