**LeClairRyan**
*A Professional Corporation*
One Riverfront Plaza
1037 Raymond Boulevard, 16th Floor
Newark, New Jersey 07102
(973) 491-3600
Attorneys for Plaintiff, Ramada Worldwide Inc.



## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| RAMADA WORLDWIDE INC., a Delaware Corporation, | Civil Action No. 13-cv-1073 (SRC)(CLW) |
| Plaintiff, | |
| v. | |
| MEETA SHETH, an individual; and GHANSHYAM PATEL, an individual, | ~~AMENDED~~ **ORDER GRANTING FINAL JUDGMENT BY DEFAULT** |
| Defendants. | |

This matter having been opened to the Court by plaintiff, Ramada Worldwide Inc. ("RWI"), by its attorneys, LeClairRyan, seeking the entry of Final Judgment by Default against defendant Meeta Sheth pursuant to Fed. R. Civ. P. 55(b)(2); and it appearing that the Amended Complaint in this matter was filed on May 10, 2013, seeking damages as a result of the breach of a license agreement between RWI and Meeta Sheth; and service of the Summons and Complaint having been effectuated with respect to defendant Meeta Sheth Chattanooga, Tennessee on June 7, 2013; and it appearing that Default was duly noted by the Clerk of the Court against defendant Meeta Sheth on July 26, 2013 for her failure to plead or otherwise defend in this action; and the Court having reviewed the papers; and good cause having been shown:

RWI 23733
23839.1139
14432059v1

IT IS on this 12 day of Nov, 2014,

**ORDERED, ADJUDGED, AND DECREED** that RWI have judgment against Defendant, Meeta Sheth, only, in the total amount of $491,433.35, comprised of the following:

a) $121,500.00 for liquidated damages;

b) $80,412.64 for prejudgment interest on liquidated damages;

c) $280,428.64 for Recurring Fees (principal plus prejudgment interest); and

d) $9,092.07 for attorneys' fees and costs.

_____
HONORABLE STANLEY R. CHESLER, U.S.D.J.